IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00386-ZLW

GREGORY D. ALBRIGHT,

    Complainant,

v.

JANETT RUSSELL,
DON QUICK,
MICHAL V. HEINZ,
ANDREW LOWERY, and
UNKNOWN PARTIES OF STATE AUTHORITIES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
                        CLERK

## ORDER OF DISMISSAL

Complainant Gregory D. Albright has filed *pro se* a "Criminal Complaint Pursuant to Fed. R. Crim. P. Rule 3 With a Petition to Initiate a Grand Jury Investigation Pursuant to Fed. R. Crim. P. Rule 6." The complaint and the action will be dismissed.

Mr. Albright is attempting to initiate a federal criminal prosecution. He seeks to invoke the authority of United States attorneys under 28 U.S.C. § 547 to prosecute for offenses against the United States. He may not do so. Courts universally endorse the principle that private citizens cannot prosecute criminal actions. *See, e.g., Cok v. Cosentino*, 876 F.2d 1, 2 (1st Cir.1989) (per curiam); *Connecticut Action Now, Inc. v. Roberts Plating Co.*, 457 F.2d 81, 86-87 (2d Cir.1972) ("It is a truism, and has been for many decades, that in our federal system crimes are always prosecuted by the Federal Government, not as has sometimes been done in Anglo-American jurisdictions by private complaints."); *Winslow v. Romer*, 759 F. Supp. 670, 673 (D. Colo.1991)

("Private citizens generally have no standing to institute federal criminal proceedings."). Therefore, Mr. Albright lacks standing to file a criminal complaint and maintain this criminal action. Accordingly, it is

ORDERED that the "Criminal Complaint Pursuant to Fed. R. Crim. P. Rule 3 With a Petition to Initiate a Grand Jury Investigation Pursuant to Fed. R. Crim. P. Rule 6" is dismissed for lack of standing. It is

FURTHER ORDERED that the complaint and the action are dismissed.

DATED at Denver, Colorado, this 24 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cr-00386-ZLW

Gregory D. Albright
Prisoner No. 95774
Limon Correctional Facility
49030 State Highway 71 - 3-C4
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/26/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk